UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| LEANDRO TAVAREZ, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION vs A.A.A. DELI AND GROCERY INC., AND LEONARDO COLLADO | *Plaintiff* *Defendant* | INDEX #: 23-CV-6968-JMA-JMW<br>Date Filed: 09/22/2023<br>Client's File No.: tavarez v. a.a.a. |
|---|---|---|

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**Nathaniel Crespo**, being duly sworn, deposes and says:
Deponent is over the age of (18) years; deponent is not a party herein; that on **10/3/2023**, at **11:45 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED COMPLAINT**

on: **A.A.A. DELI AND GROCERY INC.**, Defendant in this action

By delivering to and leaving with **COLLEEN BANAHAN** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex**: Female **Color of skin**: White **Color of hair**: Brown **Age**: 36 - 50 Yrs. **Height**: 5ft 0in - 5ft 3in **Weight**: 131-160 Lbs. **Other Features**:

Sworn to before me on 10/4/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2027

Nathaniel Crespo


Job #: 1541652

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*