**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Leandro Tavarez, and Nicandro Tavarez Rodriguez, *on*
*behalf of themselves and others similarly situated in the*
*proposed FLSA Collective Action,*

                                       *Plaintiffs,*

          *- against -*

A.A.A. Deli and Grocery Inc. and Leonardo Collado,

                                       *Defendants.*
------------------------------------------------------------X

Case No.: 23-cv-06968

**CERTIFICATE OF**
**DEFAULT**

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that the Defendant A.A.A. Deli and Grocery Inc. (the

"Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first

amended complaint herein. The default of the Defaulting Defendant A.A.A. Deli and Grocery

Inc.is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    Dated: Central Islip, NY
           June 3    , 2024

                              Brenna B. Mahoney, Clerk of Court

                              By:      /s/ James J. Toritto
                                  Clerk of Court